JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANIE C., | Case No. CV 22-00176-KES |
| Plaintiff, |  |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, |  |
| Defendant. |  |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: January 12, 2023

_____
KAREN E. SCOTT
United States Magistrate Judge